Matthew D. Haley, Esq.
State Bar No. 104493
THE HALEY LAW OFFICES, P.C.
1633 San Pablo Avenue
Oakland, California 94612-1505
Telephone: (510) 444-1881
Facsimile: (510) 444-5108
matt@haleylaw.com

Attorney for Plaintiff
GREG BRENNAN



FILED
2007 MAY 17 PM 3: 56

Fee pd
iss
ADR ③

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| GREG BRENNAN | CASE NO.: C07-02640 EDL |
|---|---|
| Plaintiff, | COMPLAINT FOR DAMAGES FOR PERSONAL INJURY UNDER FEDERAL TORT CLAIMS ACT |
| vs. | |
| UNITED STATES POSTAL SERVICE; BARBARA F. ROBINSON, And DOES 1 to 50, Inclusive, | DEMAND FOR JURY TRIAL |
| Defendants. | |

GO 44 SEC. N
NOTICE OF ASSIGNMENT
TO MAGISTRATE JUDGE SENT

Plaintiff, GREGORY BRENNAN, complains of defendant in excess of Ninety Thousand Dollars and Zero Cents ($ 90,000.00) and alleges:

1. <u>Jurisdiction</u>: This is an action arising under the <u>Federal Tort Claims Act</u>, 28 USC Sections 2671 et seq. This Court is vested with jurisdiction pursuant to 28 USC Section 1346(b). The action arises out of acts and omissions of defendant, United States of America [hereinafter "UNITES STATES"], within the Northern District of California.

2. <u>Intradistrict Assignment</u>: Under local Rules 3-2 and 3-5, the events giving rise to this law suit occurred in Alameda County, State of California; further,

THE HALEY LAW OFFICES
A Professional Corporation
1633 SAN PABLO AVENUE
OAKLAND, CA 94512-1505
VOICE (510) 444-1881
FAX (510) 444-5108

1  plaintiff is a resident of Alameda County, State of California. Therefore, this
2  action should be assigned to the Northern Division of this court. Moreover, at
3  all relevant times, the Defendants, and each of them were doing business
4  within the geographical boundaries of this Honorable Court's jurisdiction.
5  3.   Plaintiff is informed and believe and based thereon states that at all
6  times mentioned herein defendant US POSTAL SERVICE and Does 6–8
7  were the owners of and defendant BARBARA J. ROBINSON and Does 9
8  through 10 were the operators of a USPS Truck brown in color bearing No.
9  820 6228 (hereinafter "Truck") and said operators were driving the delivery
10 vehicle in the course and scope of their employment with the owner.
11 4.   At all relevant times herein, plaintiff, GREG BRENNAN was operating
12 a 1986 Chevrolet pick-up truck bearing California License Plate No.
13 6C43189 (hereinafter "Chevrolet") was traveling westbound on Pleasant
14 Valley at or near its intersection with Broadway in the City of Oakland,
15 County of Alameda, State of California.
16 5.   On or about May 5, 2004 at said intersection defendants, and each of
17 them, and their agents or employees, negligently owned, maintained,
18 inspected, repaired, entrusted and operated said vehicles so as to cause the
19 Truck to rear-end the Chevrolet in which plaintiff was driving.
20 6.   As a legal result of the actions of defendants, and each them, as
21 aforesaid, plaintiff was hurt and injured in his health, strength and activity,
22 sustaining shock and injury to his nervous system and person, all of which
23 said injuries have caused and continue to cause him great mental, physical
24 and nervous pain and suffering. Plaintiff is informed and believes and based
25 thereon alleges that said injuries will be permanent in nature, all to his
26 general damage within the jurisdictional limits of this court.
27 7.   As a further legal result of the negligence of defendants, and each of
28 them, as aforesaid, plaintiff has required hospitalization and medical

THE HALEY LAW OFFICES
A Professional Corporation
1633 SAN PABLO AVENUE
OAKLAND, CA 94512-1505
VOICE (510) 444-1881
FAX (510) 444-5108

treatment and will continue to require medical treatment in the future. Medical and incidental expenses have been incurred and will continue to be incurred on plaintiff's behalf. The exact amount of those expenses is unknown at this time but plaintiff prays leave to amend his complaint to allege the exact amount when the same is ascertained.

8.  As a further legal result of the negligence of defendants, and each of them, as aforesaid, plaintiff has lost and will continue to lose in the future earnings and/or the capacity to earn income. The exact amount of this loss is unknown at this time but plaintiff prays leave to amend his complaint to allege the exact amount when the same is ascertained.

9.  As a further legal result of the negligence of defendants, and each of them, as aforesaid, plaintiff has sustained losses of property and will continue to do so in the future, including but not limited to damage to his vehicle and personal effects contained therein, loss of use of said vehicle and will sustain such losses in the future.

10. A proper and valid claim was presented to the US POSTAL SERVICE on May 5, 2006 and was subsequently denied on November 22, 2006.

11. Plaintiff demands a jury.

WHEREFORE, plaintiff prays for judgment as follows:

    1. Special damages according to proof;

    2. General damages according to proof:

    3. Property Damages according to proof;

    4. Costs of Suit;

    5. Interest; and,

    6. Other relief as the court deems proper.

Dated: May 11, 2007                      THE HALEY LAW OFFICES, P.C.

By: _____
Matthew D. Haley
Attorney for Plaintiff

THE HALEY LAW OFFICES
A Professional Corporation
1633 SAN PABLO AVENUE
OAKLAND, CA 94512-1505
VOICE (510) 444-1881
FAX (510) 444-5108

*COMPLAINT FOR DAMAGES FOR PERSONAL INJURY UNDER FEDERAL TORT CLAIMS ACT*     3