# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Greg Brennan,

                                              CASE NO.  C07-2640 EDL

                   Plaintiff(s),

              v.                              STIPULATION AND [PROPOSED]
The United States Postal Service, Barbara     ORDER SELECTING ADR PROCESS
Robinson, and Does 1 through 50,

                   Defendant(s).

_____/

     Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

> **Court Processes:**
>        Non-binding Arbitration (ADR L.R. 4)
>        Early Neutral Evaluation (ENE)   (ADR L.R. 5)
> ✓       Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR  phone conference and may not file this form.  They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

> **Private Process:**
>        Private ADR (*please identify process and provider*)  _____

The parties agree to hold the ADR session by:
> ✓       the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered. )*
>
>        other requested deadline _____

Dated: 7/31/2007                              /s/ Matthew D. Haley, Esq.
                                              **Attorney for Plaintiff**

Dated: 7/31/2007                              /s/ Owen P. Martikan, AUSA
                                              **Attorney for Defendant**

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
    Non-binding Arbitration
    Early Neutral Evaluation (ENE)
    Mediation
    Private ADR

Deadline for ADR session
    90 days from the date of this order.
    other                                    .


IT IS SO ORDERED.


Dated:_____          _____

                                UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

**<u>Brennan v. USPS, et al.</u>**
**C 07-02640 EDL**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers.  The undersigned further certifies that she is causing a copy of the following:

**Stipulation & Proposed Order Selecting ADR Process**

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

____    FIRST CLASS MAIL by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____    CERTIFIED MAIL (# ) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

_____    PERSONAL SERVICE (BY MESSENGER)

_____    FEDERAL EXPRESS via Priority Overnight

__X__    EMAIL

_____    FACSIMILE (FAX)  Telephone No.:__See Below_____

to the party(ies) addressed as follows:

Matthew D. Haley, Esq.
The Haley Law Offices, P.C.
1633 San Pablo Ave.
Oakland, CA 94612-1505
PH: 510.444.1881     FX: 510.444.5108
Email: matt@haleylaw.com

ADR Unit via email: adr@cand.uscourts.gov

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this July 31, 2007 at San Francisco, California.

_____/s/_____
LILY HO-VUONG
Legal Assistant