UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Greg Brennan,

                Plaintiff(s),

                v.

The United States Postal Service, Barbara Robinson, and Does 1 through 50,

                Defendant(s).
_____/

CASE NO. C07-2640 EDL

STIPULATION AND [~~PROPOSED~~]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- Non-binding Arbitration (ADR L.R. 4)
- Early Neutral Evaluation (ENE) (ADR L.R. 5)
- ✓ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
- Private ADR (*please identify process and provider*) _____

The parties agree to hold the ADR session by:
- ✓ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*
- other requested deadline _____

Dated: 7/31/2007                                     /s/ Matthew D. Haley, Esq.
                                                                   Attorney for Plaintiff

Dated: 7/31/2007                                     /s/ Owen P. Martikan, AUSA
                                                                   Attorney for Defendant

**[~~PROPOSED~~] ORDER**

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
        Non-binding Arbitration
        Early Neutral Evaluation (ENE)
   XX Mediation
        Private ADR

    Deadline for ADR session
     XX 90 days from the date of this order.
       other

IT IS SO ORDERED.

Dated: _August 2, 2007_             _____
                                                     UNITED STATES MAGISTRATE JUDGE



**CERTIFICATE OF SERVICE**

<u>**Brennan v. USPS, et al.**</u>
**C 07-02640 EDL**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**Stipulation & Proposed Order Selecting ADR Process**

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

\_\_\_\_    FIRST CLASS MAIL by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

\_\_\_\_    CERTIFIED MAIL (# ) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

\_\_\_\_    PERSONAL SERVICE (BY MESSENGER)

\_\_\_\_    FEDERAL EXPRESS via Priority Overnight

\_\_X\_\_    EMAIL

\_\_\_\_    FACSIMILE (FAX)  Telephone No.: \_See Below_____

to the party(ies) addressed as follows:

Matthew D. Haley, Esq.
The Haley Law Offices, P.C.
1633 San Pablo Ave.
Oakland, CA 94612-1505
PH: 510.444.1881     FX: 510.444.5108
Email: matt@haleylaw.com

ADR Unit via email: adr@cand.uscourts.gov

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this July 31, 2007 at San Francisco, California.

\_\_\_/s/_____
LILY HO-VUONG
Legal Assistant