```
 1  Matthew D. Haley, Esq.
    State Bar No. 104493
 2  THE HALEY LAW OFFICES, P.C.
    1633 San Pablo Avenue
 3  Oakland, California 94612-1505
 4  Telephone: (510) 444-1881
    Facsimile: (510) 444-5108
 5  matt@haleylaw.com
 6
    Attorney for Plaintiff
 7  GREG BRENNAN
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG BRENNAN | CASE NO.: C 07-02640-EDl |
| Plaintiff, | JOINT CASE MANAGEMENT CONFERENCE STATEMENT |
| v. | Date: 8/21/07 |
| UNITED STATES POSTAL SERVICE; BARBARA F. ROBINSON, And DOES 1 to 50, Inclusive, | Time: 10:00 a.m. CTRM: E |
| Defendants. | |

1. <u>Jurisdiction and Service:</u>

This is an action arising under the <u>Federal Tort Claims Act</u>, 28 USC Sections 2671 et seq. This Court is vested with jurisdiction pursuant to 28 USC Section 1346(b). The action arises out of acts and omissions of defendant, United States of America [hereinafter "UNITED STATES"], within the Northern District of California. All parties have been served and appeared.

2. <u>Facts</u>

This is a personal injury action arising out of an incident that occurred on May 5, 2004 when a U.S. Postal Service vehicle rear-ended a vehicle owned and operated by the plaintiff, Gregory Brennan.

THE HALEY LAW OFFICES
A Professional Corporation
1633 SAN PABLO AVENUE
OAKLAND, CA 94612-1505
VOICE (510) 444-1881
FAX (510) 444-5108

Case Management Conference Statement    1

1  Mr. Brennan received injuries primarily to his neck and received care and
2  treatment from Kaiser Hospital/Oakland. The injuries appear to be primarily
3  soft tissue, but Mr. Brennan continues to complain of discomfort in his neck.
4  The medical bills total almost $ 5000.00.

3. **Legal Issues:**

The primary legal issue appears to be the nature and extent of the injuries suffered by the plaintiff in this collision.

The United States recognizes that this is a rear-end collision, but due to the recent assignment of this case, the United States cannot concede liability, or comparative negligence.

4. **Motions**

No Motions are pending and none are anticipated.

5. **Amendment of Pleadings:**

No Amendments are anticipated.

6. **Evidence Preservation:**

All evidence has, to the extent known, been preserved.

7. **Disclosures:**

The requirements of Fed. R. Civ. P. 26 have been met.

8. **Discovery:**

No discovery has occurred. The parties have agreed to mediation which will occur before discovery commences.

9. **Relief:**

Plaintiff seeks monetary damages for medical expenses, property damages and general damages. Those are:

///
///

THE HALEY LAW OFFICES
A Professional Corporation
1689 SAN PABLO AVENUE
OAKLAND, CA 94512-1505
VOICE (510) 444-1901
FAX (510) 444-8100

Case Management Conference Statement                    2

| | | |
|---|---|---|
| Medical expenses: | $ 5,000.00 | |
| Property damage: | $ 500.00 | |
| General Damages: | $ 15,000.00 | |

10. <u>Settlement and ADR</u>:

This is a case where the prospects for settlement are fair. The parties have been speaking directly and have agreed to mediation.

11. <u>Consent to Magistrate Judge</u>:

Plaintiff consents to a magistrate judge. Defendant consents to the currently-assigned magistrate judge.

12. <u>Scheduling</u>:

The case will be ready for trial by early 2008.

13. <u>Trial</u>:

This will be a bench trial expected to last 3 days.

14. <u>Disclosure of Non-party Interested Entities or Persons</u>:

None known.

Dated: August 20, 2007

THE HALEY LAW OFFICES, P.C.

By: _____
Matthew D. Haley
Attorney for Plaintiff

Dated: August 20, 2007

SCOTT N. SCHOOLS
United States Attorney

/s/
_____
OWEN P. MARTIKAN
Assistant United States Attorney

THE HALEY LAW OFFICES
A Professional Corporation
1889 SAN PABLO AVENUE
OAKLAND, CA 94512-1505
VOICE (510) 444-1991
FAX (510) 444-6105

*Case Management Conference Statement*   3