**In the United States District Court**
**for the Northern District of California**
**Magistrate Judge Elizabeth D. Laporte**

**CIVIL MINUTES**

Date: August 21, 2007

Case No:  **C-07-02740 EDL**

Case Name:  **CHRISTOPHER BESSETTE v. AU OPTRONICS CORP**

    Attorneys:    Pltf: Matthew Haley    Deft: Owen Martikan

    Deputy Clerk: Lili M. Harrell    FTR Digital Recorder: 10:04am - 10:07am

**PROCEEDINGS:**
    Initial Case Management Conference - Continued

**ORDERED AFTER HEARING:**

**Order to be prepared by:**  [] Plntf  [] Deft  []  Court

**Case continued to:**   October 9, 2007 at 10:00am for further case management conference.

**Notes:** Parties inform the Court the case is waiting approval for settlement.