1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  OWEN P. MARTIKAN (SBN 177104)
   Assistant United States Attorney
4
      450 Golden Gate Avenue, 9th Floor
5     San Francisco, California 94102-3495
      Telephone:   (415) 436-7241
6     Facsimile:   (415) 436-6748
      Email:       owen.martikan@usdoj.gov
7
   Attorneys for The United States of America
8
                  UNITED STATES DISTRICT COURT
9
                 NORTHERN DISTRICT OF CALIFORNIA
10
                     SAN FRANCISCO DIVISION
11
   GREG BRENNAN,                     )   No. C 07-2640 EDL
12                                    )   **E-FILING CASE**
                       Plaintiff,     )
13                                    )
              v.                      )   **STIPULATION FOR COMPROMISE**
14                                    )   **SETTLEMENT AND RELEASE AND**
   UNITED STATES POSTAL SERVICE;      )   **▮▮▮▮▮▮▮▮ ORDER**
15 BARBARA F. ROBINSON, and DOES 1 to )
   50, INCLUSIVE,                     )
16                                    )
                       Defendants.    )
17 _____ )

18     IT IS HEREBY STIPULATED by and between the undersigned parties and their

19 attorneys, that this action be settled and compromised, as follows:

20     1.     The United States shall pay to Plaintiff GREG BRENNAN and his attorney,

21 Matthew D. Haley, the collective sum of $8,000.00 (eight thousand dollars and no cents).

22 Payment shall be made by check made payable to Greg Brennan and Matthew D. Haley, Esq.

23     2.     Payment of the above by the United States is in full and final settlement and

24 satisfaction of any and all claims and demands which Plaintiff GREG BRENNAN has or may

25 hereafter acquire against the United States of America and the other named defendants herein, or

26 any of its departments, agents, servants, employees or attorneys, arising from the events

27 described in Plaintiff's pleadings in this action.

28

3.    Plaintiff's complaint against the defendants in this action shall be dismissed with prejudice.  In consideration of the terms enumerated herein and above in paragraph 1, Plaintiff GREG BRENNAN agrees that, within five days from notification by the US Attorney's Office that the settlement amount is available, Plaintiff's counsel will execute and forward to Assistant United States Attorney Owen P. Martikan for execution and filing with the court a stipulation for dismissal with prejudice in a form mutually agreeable to the parties.  AUSA Martikan will execute and file the stipulation of dismissal within five days of his receipt thereof.  On the date that the dismissal is filed, the settlement amount shall be delivered to Plaintiff's counsel.

4.    Plaintiff GREG BRENNAN will accept the payments described herein in full settlement and satisfaction of any and all claims and demands which GREG BRENNAN, his successors or assigns may now have or hereafter acquire against the United States of America or any of its departments, agents, servants, employees or attorneys, on account of the events described in Plaintiff's pleadings in this action.

5.    Plaintiff GREG BRENNAN agrees to indemnify defendants for any and all liens, known or unknown, lodged against the settlement agreement in this action.

6.    Plaintiff GREG BRENNAN does hereby release and forever discharge defendants, the United States and any and all of its past and present officials, employees, agents, attorneys, their successors and assigns, from any and all obligations, damages, liabilities, actions, causes of actions, claims and demands or any kind and nature whatsoever, whether suspected or unsuspected, at law or in equity, known or unknown, arising out of the allegations set forth in Plaintiff's pleadings in this action.

7.    California Civil Code Section 1542 provides as follows:

> A general release does not extend to claims which the creditor does not know or suspect to exist in his favor at the time of executing the release, which if known by him must have materially affected his settlement with the debtor.

Plaintiff GREG BRENNAN has been apprised of the statutory language of Civil Code Section 1542 by his attorney, and fully understanding the same, nevertheless elects to waive the benefits of any and all rights he may have pursuant to the provision of that statute and any similar

provision of federal law. Plaintiff GREG BRENNAN understands that, if the facts concerning his injuries and the liability of the government for damages pertaining thereto are found hereinafter to be other than or different from the facts now believed by him to be true, this Agreement shall be and remain effective notwithstanding such material difference.

8.    This Agreement may be pled and will serve as a full and complete defense to any subsequent action or other proceeding involving any person or party which arises out of the claims released and discharged by the Agreement.

9.    Attorneys' fees and all costs shall be paid from, and not in addition to, the payments described in paragraph 1, above. It is also understood by and among the parties that pursuant to Title 28, United States Code, Section 2678, attorneys' fees for services rendered in connection with this action shall not exceed 25 percent of the amount of the compromise settlement.

10.    This is a compromise settlement of a disputed claim and demand, which settlement does not constitute an admission of liability or fault on the part of Defendant United States of America, the federal defendants, or any of their agents, servants, employees or attorneys, on account of the events described in Plaintiff's complaint in this action.

11.    This instrument shall constitute the entire agreement between the parties, and it is expressly understood and agreed that the Agreement has been freely and voluntarily entered into by the parties hereto with the advice of counsel, who have explained the legal effect of this Agreement. The parties further acknowledge that no warranties or representations have been made on any subject other than as set forth in this Agreement. This Agreement may not be

STIPULATED SETTLEMENT & RELEASE & [PROPOSED] ORDER
C 07-02640 EDL                                   3

altered, modified or otherwise changed in any respect except by writing, duly executed by all of the parties or their authorized representatives.

IT IS SO STIPULATED.

**For Plaintiff Greg Brennan.**

THE HALEY LAW OFFICES, P.C.

DATED: _____    By: _____

MATTHEW D. HALEY, ESQ.
Attorney for Plaintiffs

**For The United States of America.**

SCOTT N. SCHOOLS
United States Attorney

DATED: _____    By: _____

OWEN P. MARTIKAN
Assistant United States Attorney
Attorneys for Defendants

[PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

DATED: __August 27, 2007__

HON. _____
United States _____

IT IS SO ORDERED
Judge Elizabeth D. Laporte

STIPULATED SETTLEMENT & RELEASE & [PROPOSED] ORDER
C 07-02640 EDL                                    4