| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SCBN 9990) |
|   | United States Attorney |
| 2 | JOANN M. SWANSON (SBN 88143) |
|   | Chief, Civil Division |
| 3 | OWEN P. MARTIKAN (SBN 177104) |
|   | Assistant United States Attorney |

450 Golden Gate Avenue, 9th Floor
San Francisco, California 94102-3495
Telephone: (415) 436-7241
Facsimile: (415) 436-6748
Email: owen.martikan@usdoj.gov

Attorneys for The United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| GREG BRENNAN, | ) | No. C 07-2640 EDL |
|  | ) | E-FILING CASE |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | **STIPULATION FOR DISMISSAL AND** |
|  | ) | **[PROPOSED] ORDER** |
| UNITED STATES POSTAL SERVICE; | ) |  |
| BARBARA F. ROBINSON, and DOES 1 to | ) |  |
| 50, INCLUSIVE, | ) |  |
|  | ) |  |
| Defendants. | ) |  |

The parties stipulate and respectfully request the Court to dismiss with prejudice all of plaintiffs' claims against the named defendants and THE UNITED STATES OF AMERICA. The reason for the dismissal is that the parties have settled this case.

IT IS SO STIPULATED.

**For Plaintiff Greg Brennan.**

THE HALEY LAW OFFICES, P.C.

DATED: 9/16/07    By: _____
MATTHEW D. HALEY, ESQ.
Attorney for Plaintiffs

1 | For The United States of America.

DATED: 9/18/07    By: _____
OWEN P. MARTIKAN
SCOTT N. SCHOOLS
United States Attorney
Assistant United States Attorney
Attorneys for Defendants

## [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

DATED: _____    _____
HON. ELIZABETH D. LAPORTE
United States Magistrate Judge