```
1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  OWEN P. MARTIKAN (SBN 177104)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, 9th Floor
5      San Francisco, California 94102-3495
       Telephone:   (415) 436-7241
6      Facsimile:   (415) 436-6748
       Email:       owen.martikan@usdoj.gov
7
   Attorneys for Federal Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREG BRENNAN,            )<br>                          )<br>         Plaintiff,      )<br>                          )<br>    v.                    )<br>                          )<br>UNITED STATES POSTAL SERVICE;   )<br>BARBARA F. ROBINSON, and DOES 1 )<br>to 50, INCLUSIVE,         )<br>                          )<br>         Defendants.      )<br>_____) | No. C 07-2640 EDL<br><br><br><br><br><br>**PROOF OF SERVICE** |

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that on **September 19, 2007** she caused a copy of ***Stipulation for Dismissal and Proposed Order e-filed 9/19/07*** to be served by ***e-mail*** upon the person at the place and address(es) stated below, which is the last known address:

Matthew D. Haley, Esq.
The Haley Law Offices, P.C.
1633 San Pablo Ave.
Oakland, CA 94612-1505
PH: 510.444.1881   FX: 510.444.5108
Email: matt@haleylaw.com

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: September 19, 2007              ____/s/_____
                                       LILY HO-VUONG
                                       Legal Assistant

1