SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
OWEN P. MARTIKAN (SBN 177104)
Assistant United States Attorney

450 Golden Gate Avenue, 9th Floor
San Francisco, California 94102-3495
Telephone:  (415) 436-7241
Facsimile:  (415) 436-6748
Email:      owen.martikan@usdoj.gov

Attorneys for The United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREG BRENNAN,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE;<br>BARBARA F. ROBINSON, and DOES 1 to<br>50, INCLUSIVE,<br><br>    Defendants. | No. C 07-2640 EDL<br>**E-FILING CASE**<br><br>**STIPULATION FOR DISMISSAL AND**<br>**▬▬▬▬▬ ORDER** |

The parties stipulate and respectfully request the Court to dismiss with prejudice all of plaintiffs' claims against the named defendants and THE UNITED STATES OF AMERICA. The reason for the dismissal is that the parties have settled this case.

IT IS SO STIPULATED.

**For Plaintiff Greg Brennan.**

THE HALEY LAW OFFICES, P.C.

DATED: 9/16/07     By: _____
MATTHEW D. HALEY, ESQ.
Attorney for Plaintiffs

1 | For The United States of America.

DATED: 9/18/07   By:

SCOTT N. SCHOOLS
United States Attorney

OWEN P. MARTIKAN
Assistant United States Attorney
Attorneys for Defendants

[PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

DATED: September 21, 2007

IT IS SO ORDERED
Elizabeth D. Laporte
Judge Elizabeth D. Laporte

HON. ELIZABETH D. LAPORTE
United States Magistrate Judge

STIPULATED DISMISSAL & [PROPOSED] ORDER
C 07-02640 EDL                                    2